FILED
07 NOV 16 PM 2:41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

'07 CR 3141   DMS

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |
| CESAR DELGADO-CARRION, | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about February 7, 2007, within the Southern District of California, defendant CESAR DELGADO-CARRION did knowingly and intentionally possess, with intent to distribute, 100 kilograms and more, to wit: approximately 181.1 kilograms (398.42 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: November 16, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
W. MARK CONOVER
Assistant U.S. Attorney

WMC:em:San Diego
11/15/07