AO 442

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Cesar Delgado-Carrion

**WARRANT FOR ARREST**

CASE NUMBER: 07cr3141 DMS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Cesar Delgado-Carrion _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Pretrial Violation

charging him or her with (brief description of offense)

21:841(a)(1) - Possession of Marijuana with Intent to Distribute

DATE ARRESTED 11-16-07 BY USMS, Fresno, CA / STEVEN C. STAFFORD ACTING U.S. MARSHAL S/CA   maria

RECEIVED 2007 NOV 16 A 4:13 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title ___ See Above ___ United States Code, Section(s) _____

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ J. Jocson | 11/16/07   San Diego, California |
| Signature of Deputy | Date and Location |

Bail fixed at $ ___ No-Bail ___ by ___ The Honorable Nita L. Stormes ___
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |