JOHN F. KELLY
Attorney at Law #163883
444 West C Street, Suite 330
San Diego, California 92101
Telephone: (619) 231-3097
*JFKLaw@cs.com*

Attorney for Defendant CESAR DELGADO-CARRION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3141-DAS |
|---|---|---|
| Plaintiff, | ) | JOINT MOTION TO CONTINUE SENTENCING HEARING |
| v. | ) | |
| CESAR DELGADO-CARRION, | ) | DATE :            , 2008<br>TIME : 9:00 a.m. |
| Defendant. | ) | |

The plaintiff, UNITED STATES OF AMERICA, by its counsel, Karen P. Hewitt, United States Attorney, and W. Mark Conover, Assistant United States Attorney, and defendant, Cesar Delgado-Carrion, through his counsel, John F. Kelly, hereby jointly move this court to continue the sentencing hearing currently scheduled for May 9, 2008, at 9:00 a.m. until June   , 2008 at 9:00 a.m.

Dated: May 7, 2007

s/John F. Kelly
JOHN F. KELLY
Attorney for Defendant

Dated: May 7, 2007

s/W. Mark Conover
W. Mark Conover
Assistant United States Attorney