JOHN F. KELLY
Attorney at Law #163883
444 West C Street, Suite 330
San Diego, California  92101
Telephone: (619) 231-3097
*JFKLaw@cs.com*

Attorney for Defendant CESAR DELGADO-CARRION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3141-DAS |
| | ) | |
| Plaintiff, | ) | JOINT MOTION TO CONTINUE |
| | ) | SENTENCING HEARING |
| v. | ) | |
| | ) | DATE : July 18, 2008 |
| CESAR DELGADO-CARRION, | ) | TIME  : 9:00 a.m. |
| | ) | |
| Defendant. | ) | |
| | ) | |

The plaintiff, UNITED STATES OF AMERICA, by its counsel, Karen P. Hewitt, United States Attorney, and W. Mark Conover, Assistant United States Attorney, and defendant, Cesar Delgado-Carrion, through his counsel, John F. Kelly, hereby jointly move this court to continue the sentencing hearing currently scheduled for June 15, 2008, at 9:00 a.m. until July 18, 2008 at 9:00 a.m.

Dated: June 11, 2008

s/John F. Kelly
_____
JOHN F. KELLY
Attorney for Defendant

Dated: June11, 2008

s/W. Mark Conover
_____
W. Mark Conover
Assistant United States Attorney