UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CESAR DELGADO-CARRION, ) <br> ) <br> Defendant. ) | Criminal Case No. 07CR3141-DMS <br><br> ORDER |

### ORDER

*IT IS HEREBY ORDERED* that the sentencing hearing in this matter be continued to July 18, 2008 at 9:00 a.m.

DATED: June 11, 2008

HON. DANA M. SABRAW
United States District Judge