UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 07CR3141-DMS |
| Plaintiff, | ) | |
| V. | ) | CERTIFICATE OF SERVICE |
| CESAR DELGADO-CARRION, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED that:

I, John F. Kelly, am a citizen of the United States over the age of 18 years and a resident of San Diego County, California; my business address is 406 Ninth Avenue, Suite 303, San Diego, California 92101; I am not a party to the above-entitled action. I personally served a copy of:

MOTION TO CONTINUE SENTENCING

to  : Mark Conover or Representative
     Assistant United States Attorney
     880 Front Street, Room 6293
     San Diego, CA 92101

the last known address, at which place there is delivery service of mail from the United States Postal Service and a reception area where service was personally accepted by an employee of the United States Attorney Office and via electronic mail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 15, 2008

s/ John F. Kelly
_____
John F. Kelly