UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3141-DAS |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| CESAR DELGADO-CARRION, | ) | |
| | ) | |
| Defendant. | ) | |

<u>ORDER</u>

*IT IS HEREBY ORDERED* that the sentencing hearing in this matter be continued to September 12, 2008 at 9:00 a.m.

DATED: July 16, 2008

_____
HON. DANA M. SABRAW
United States District Judge