1  JOHN F. KELLY
   Attorney at Law #163883
2  406 Ninthe Avenue, Suite 303
   San Diego, California  92101
3  Telephone: (619) 231-3097
   *JFKLaw@cs.com*
4

5  Attorney for Defendant CESAR DELGADO-CARRION

6

7                    UNITED STATES DISTRICT COURT

8                  SOUTHERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,          )    Criminal Case No. 07CR3141-DAS
10                                     )
                   Plaintiff,          )    JOINT MOTION TO CONTINUE
11                                     )    SENTENCING HEARING
        v.                            )
12                                     )    DATE : October 3, 2008
   CESAR DELGADO-CARRION,              )    TIME  : 9:00 a.m.
13                                     )
                   Defendant.          )
14  _____  )

15       The plaintiff, UNITED STATES OF AMERICA, by its counsel, Karen P. Hewitt, United States

16  Attorney, and W. Mark Conover, Assistant United States Attorney, and defendant, Cesar Delgado-

17  Carrion, through his counsel, John F. Kelly, hereby jointly move this court to continue the sentencing

18  hearing currently scheduled for September 12, 2008, at 9:00 a.m. until October 3, 2008 at 9:00 a.m.

19

20       Dated: September 8, 2007

21                                          s/John F. Kelly
                                            JOHN F. KELLY
22                                          Attorney for Defendant

23

24       Dated: September 8, 2007

25                                          s/W. Mark Conover
                                            W. Mark Conover
26                                          Assistant United States Attorney

27

28